# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **PIXION, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**START MEETING, LLC**, a Nevada limited liability company,<br><br>Defendant. | Case No.<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Pixion, Inc. hereby alleges the following against Defendant Start Meeting, LLC:

### NATURE OF THE ACTION

1. This is an action under the U.S. Patent Act, 35 U.S.C. § 1 *et seq.*, for infringement of several patents assigned to Pixion, Inc.

### THE PARTIES

2. Plaintiff Pixion, Inc. ("Pixion") is a Delaware corporation.

3. Defendant Start Meeting, LLC ("Start Meeting") is a Nevada limited liability company.

### JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Start Meeting is subject to personal jurisdiction in the District of Delaware (the "District") because Start Meeting regularly solicits and transacts business in the District and offers the accused product in the District, and derives revenue from sales of the accused product

in the District, via its active website, www.startmeeting.com.  **[Exhibit A]**  In its active website, Start Meeting describes the accused product as a "solution" that serves businesses, individuals, communities and organizations "around the world," which includes businesses, individuals, communities and organizations in the District.  **[Exhibit B (yellow highlighting added)]**  Start Meeting encourages consumers in the District to "learn more" about the accused product by clicking on buttons labeled "Learn More" within the Start Meeting active website. **[Exhibit A]** Consumers in the District are also encouraged to see how the accused product operates by clicking on a button labeled "View Demo" within the Start Meeting active website.  **[Exhibit A]** Consumers in the District are further solicited to sign-up to download and use the accused product by clicking on a button labeled "Sign Up" on the active website's home page, where consumers can select a "Free Option" of the accused product or "Pay" for a premium option of the accused product.  **[Exhibit C]**  The accused product is also available on the Apple App store and the Google Play store **[Exhibit D]** and consumers in the District can access and download the accused product by clicking on buttons labeled "Available on the App Store" and "Available on Google Play" within the Start Meeting active website. **[Exhibit B]**

6.   Venue is proper in the District pursuant to 28 U.S.C. §§ 1391 and § 1400.

## THE PATENTS-IN-SUIT

7.   Pixion is the owner by assignment of the entire right, title, and interest in United States Patent No. 7,418,476 (the "'476 Patent") entitled "Presenting Images in a Conference System." The '476 Patent was duly and legally issued by the United States Patent and Trademark Office on August 26, 2008.  The '476 Patent is valid and enforceable.  A true and correct copy of the '476 Patent is attached hereto as **Exhibit E**.

8. The '476 Patent contains three independent claims and twenty-eight dependent claims. The accused infringing product (hereafter "Accused StartMeeting Product" or "Accused Product") infringes at least independent claims 1 and 10 of the '476 Patent.

9. Pixion is the owner by assignment of the entire right, title, and interest in United States Patent No. 7,836,163 (the "'163 Patent") entitled "Management of Stored Conference Data." The '163 Patent was duly and legally issued by the United States Patent and Trademark Office on November 16, 2010. The '163 Patent is valid and enforceable. A true and correct copy of the '163 Patent is attached hereto as **Exhibit F**.

10. The '163 Patent contains one independent claim and thirty dependent claims. The Accused StartMeeting Product infringes at least independent claim 1 of the '163 Patent

## DESCRIPTION OF THE ACCUSED PRODUCT

11. The Accused StartMeeting Product is a downloadable executable software program that is stored on the local hard drives of participant computers and which provides a method for presenting images in a conference system. The Accused Product operates as an online meeting service designed for screen sharing, web conferencing, product demonstrations, and webinars. The Accused Product allows a host to select which items (application screens) the host desires to share prior to the meeting or while the meeting is in progress. The screen sharing features allows for the capture of images within selected regions on the screen and for the transmission of data associated with the captured data to one or more other computers for display where the displays are synchronized. The Accused StartMeeting Product further provides a computer-readable storage medium with a program that is executable to provide for the presentation of images in a web conference meeting, and includes a conference server coupled to a network that synchronizes the video conference among conference participants.

12. The Accused StartMeeting Product also provides a method of managing stored conferencing data via a recording management module which records, i.e., stores, the live video conference for future playback. The storage of the data occurs in response to a request by a conference participant and begins automatically when the request is triggered by clicking a record button on the meeting dashboard or flipping a record switch in the web controls panel or by dialing a particular number on a telephone. The Accused StartMeeting Product allows users to request playback of a previously recorded live stream of conference data.

## COUNT 1

### Infringement of U.S. Patent No. 7,418,476

13. Pixion repeats and re-alleges each of the allegations set forth in paragraphs 1 through 12 above as if fully set forth herein.

14. Start Meeting directly infringes at least claims 1 and 10 of the '476 Patent by making, using, selling, distributing, and offering to sell a method and system for presenting images in a conference system which perform the method and system claimed in the '476 Patent, in violation of 35 U.S.C. § 271(a).

15. Pixion has been and continues to be damaged by Start Meeting's infringement of the '476 Patent in an amount to be proven at trial.

## COUNT II

### Infringement of U.S. Patent No. 7,836,163

16. Pixion repeats and re-alleges each of the allegations set forth in paragraphs 1 through 15 above as if fully set forth herein.

17. Start Meeting directly infringes at least claim 1 of the '163 Patent by making, using, selling, distributing, and offering to sell a method for managing stored conferencing data which performs the method claimed in the '163 Patent, in violation of 35 U.S.C. § 271(a).

18. Pixion has been and continues to be damaged by Start Meeting's infringement of the '163 Patent in an amount to be proven at trial.

## DEMAND FOR JURY TRIAL

19. Pixion demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

For all the foregoing reasons, Pixion respectfully requests that this Court enter:

A. A judgment in favor of Pixion that Start Meeting has directly infringed the '476 Patent and the '163 Patent;

B. A judgment and order requiring Start Meeting to pay Pixion damages adequate to compensate Pixion for Start Meeting's infringement pursuant to 35 U.S.C. § 284, including costs, expenses, and pre-judgment and post-judgment interest; and

C. Any and all other relief to which Pixion may show itself to be entitled.

Dated: July 30, 2014.

| | |
|---|---|
| OF COUNSEL:<br><br>LEWIS ROCA ROTHGERBER LLP<br>Jesús M. Vázquez<br>Colby B. Springer<br>Shane E. Olafson<br>Brent Rasmussen<br>4300 Bohannon Drive, Suite 230<br>Menlo Park, CA 94025<br>Telephone: (650) 391–1380<br>jvazquez@lrrlaw.com<br>cspringer@lrrlaw.com<br>solafson@lrrlaw.com<br>brasmussen@lrrlaw | O'KELLY ERNST & BIELLI, LLC<br><br>*/s/ George Pazuniak*<br>George Pazuniak (DE Bar. No. 478)<br>901 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 478-4230<br>gp@del-iplaw.com<br><br>*Attorneys for Plaintiff* PIXION, INC. |